In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property for the Redevelopment Housing Project of EAST RIVER APARTMENTS, INC. SHERIFF & GRAND SERVICE CORP. et al., Appellants.

Argued May 28, 1951; decided July 11, 1951.

*Charles Lamb* for Sheriff & Grand Service Corp. and another, appellants.

*Henry Herz* and *Charles P. Kramer* for Scheck & Wolf Realty Corp., appellant.

*John P. McGrath, Corporation Counsel (Benjamin Offner* and *Harry E. O'Donnell* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.